**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-6823

_____

JAMES DEVON POWELL,

Plaintiff - Appellant,

versus

LIEUTENANT SCOTT PARKER; PAT RIDGEWAY,
Officer; MIDDLESEX TOWNSHIP; J. P. BARNES;
THOMAS APGAR; STEVE STANCIL; DERL LAND; NASH
COUNTY SHERIFF'S DEPARTMENT, Unknown Officers,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (CA-03-900-5-FL)

_____

Submitted:  August 12, 2004          Decided:  August 19, 2004

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Devon Powell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Devon Powell appeals the district court's order dismissing his 42 U.S.C. §§ 1983, 1985 (2000) complaint as filed beyond the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Powell v. Parker</u>, No. CA-03-900-5-FL (E.D.N.C. filed Apr. 19, 2004 & entered Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>